FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 13 P 3: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN LEWIS, #100177** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0351** |
| **N. BURL CAIN, ET AL** | **SECTION "C"(1)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR SECOND EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1. Respondent was served with petitioner's brief on February 22, 2000. Respondent's brief is due April 13, 2000.

2. Undersigned counsel requested the state court record relevant to the above captioned matter from the clerk's office on February 24, 2000, but has not yet received the record for Case No. 286-287 "D" (See attached request).

3. Respondent respectfully requests an extension of twenty (20) days, until May 2, 2000 within which to file a response.

4. Respondent is unaware of any opposition to this motion for extension of time.

DATE OF ENTRY

APR 1 7 2000

1

Fee_____
Process___
X Dktd_____
✓ CtRmDep__
Doc.No.____

**WHEREFORE,** respondent respectfully requests an additional twenty (20) days from the original return date to this Court, until the 2nd day of May, 2000 in which to file a brief.

Respectfully submitted,

*/s/ Val M. Solino*
VAL M. SOLINO, BAR 1610
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

### ORDER

**IT IS ORDERED** that respondent herein be granted an extension until the 2nd day of May, 2000 in which to file a response in the above-captioned matter.

UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 14 day of April, 2000
New Orleans, Louisiana.