UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**HERMAN LEWIS**  CIVIL ACTION

**VERSUS**  NO. 00-0351

**N. BURL CAIN, WARDEN**  SECTION "C"(1)

\* \* \* \* \* \* \* \* \*

**MOTION TO BE RECOGNIZED AS COUNSEL OF RECORD**

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT** comes the State of Louisiana, through the undersigned Assistant District Attorney for the Parish of Orleans, who respectfully requests that this Honorable Court recognize Val M. Solino as the attorney of record for the Respondent, the State of Louisiana, and remove the name Jane Louise Beebe since the case has been reassigned.

Respectfully submitted,

DATE OF ENTRY

APR 2 5 2000

VAL M. SOLINO, BAR NO. 1610
ASSISTANT DISTRICT ATTORNEY
PARISH OF ORLEANS
619 South White Street
New Orleans, Louisiana 70119
Tele: (504) 822-2414

## O R D E R

**IT IS ORDERED** that the name of Val M. Solino be substituted as attorney of record herein and that the name of Jane Louise Beebe be removed from the record as ~~counsel for~~ Respondent.

_____
U.S. Magistrate Judge

This 24 day of April, 2000.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading herein by mailing a copy of same to:

Herman Lewis
DOC #100177
Camp D Eagle
Louisiana State Penitentiary
Angola, Louisiana  70712

_____
Val M. Solino
ASSISTANT DISTRICT ATTORNEY
PARISH OF ORLEANS

2