FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 22 PM 1:55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HERMAN LEWIS #100177            CIVIL ACTION

VERSUS            NO. 00-0351

N. BURL CAIN, WARDEN            SECTION "C"(1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion in this matter. Therefore,

**IT IS ORDERED** the petition of Herman Lewis for writ of *habeas corpus* is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22 day of Aug., 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 3 2000

Fee_____
Process_____
X/Dktd_____
CtRmDep_____
Doc. No._____