

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERMAN LEWIS #100177** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0351** |
| **N. BURL CAIN, WARDEN** | **SECTION "C"(1)** |

### JUDGMENT

The Court having considered the petition, the record, the applicable law, and for the written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the petition of Herman Lewis for writ of *habeas corpus* is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22 day of Aug, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 3 2000